UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| TERRY WAYNE YOUNG | ] | |
| Petitioner | ] | |
| | ] | |
| v. | ] | No. 3:08-0268 |
| | ] | Judge Trauger |
| STATE OF TENNESSEE | ] | |
| Respondent. | ] | |

O R D E R

The Court has before it a *pro se* prisoner petition under 28 U.S.C. § 2254, for writ of habeas corpus (Docket Entry No.1).

The petitioner is an inmate at the Wilson County Jail in Lebanon, Tennessee. He brings this action against the State of Tennessee, challenging the legality of convictions entered against him in Roane County.[1]

Under 28 U.S.C. § 2241(d), a habeas petitioner may file in either the judicial district where the petitioner was convicted or the judicial district where he is currently incarcerated. Therefore, venue for this action is proper in both the Eastern and Middle Districts of Tennessee. However, a petitioner's place of confinement may change from time to time while the district of his convictions will remain constant. For this reason, it has been the consistent practice in the federal courts of Tennessee to transfer habeas petitions to the judicial district in which the convicting court is located.

---

[1] Roane County lies within the Eastern District of Tennessee, Northern Division. 28 U.S.C. § 123(a)(1).

In this case, it appears that the Eastern District is the situs of the petitioner's convictions. Accordingly, the Clerk will transfer this action to the United States District Court for the Eastern District of Tennessee, Northern Division at Knoxville, Tennessee. 28 U.S.C. § 1404(a).

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge